UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DELFONSO GARCIA-ORDONEZ,

    Petitioner,

-vs-                                      Case No.  8:05-CR-55-T-27TBM
                                                          8:05-CV-2349-T-27TBM

UNITED STATES OF AMERICA ,

    Respondent.
_____/

## ORDER

Petitioner, a Federal inmate proceeding *pro se*, filed a motion to vacate, set aside, or correct an allegedly illegal sentence pursuant to 28 U.S.C. § 2255 challenging his 2005 convictions on a drug-related charge and the illegal reentry into the United States by a deported alien (CV Dkt. 1). The Government filed its response on May 2, 2006 (CV Dkt. 7). To date, Petitioner has not filed a reply to the response. *See* Rule 5(d), Rules Governing Section 2255 Proceedings (2005) ("The moving party may submit a reply to the respondent's answer or other pleading within a time fixed by the judge").

ACCORDINGLY, the Court **ORDERS** that Petitioner shall, within **TWENTY (20) DAYS** hereof, file his reply, if any, to the response. This matter will then be taken under advisement, and a decision will be forthcoming when the Court has completed its review.

**ORDERED** in Tampa, Florida, on ____May 30____, 2006.

                                                               THOMAS B. McCOUN, III
SA/jsh                                               United States Magistrate Judge

Copies to: All Parties/Counsel of Record